# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLEN STANISLOUIS HEUSNER,
Appellant,

vs.

THE EXECUTIVE DEPARTMENT OF
THE STATE OF NEVADA; GOVERNOR
BRIAN SANDOVAL, AND FORMER
GOVERNORS; STEVEN WOLFSON,
CLARK COUNTY DISTRICT
ATTORNEY; ATTORNEY GENERAL OF
THE STATE OF NEVADA ADAM
LAXALT; THE LEGISLATURE OF THE
STATE OF NEVADA; PATRICIA "PAT"
SPEARMAN; MOISES "MD" DENIS;
"TICK" SEGERBLOM; KELVIN
ATKINSON; JOYCE WOODHOUSE;
NICOLE CANNIZZARO; DAVID
PARKS; PATRICIA FARLEY; BECKY
HARRIS; YVANNA D. CANCELA;
AARON D. FORD; JOSEPH "JOE" P.
HARDY, M.D.; JULIA RATTI; DON
GUSTAVSON; HEIDI S. GANSERT;
BEN KIECKHEFER; JAMES A.
SETTLEMEYER; SCOTT T.
HAMMOND; PETE GOICOECHEA;
MICHAEL ROBERSON; MARK A.
MANENDO; DANIELE MONROE-
MORENO; JOHN HAMBRICK;
NELSON ARAUJO, JR.; RICHARD
MCARTHUR; BRITTNEY MILLER;
WILLIAM MCCURDY, II; DINA NEAL;
JASON FRIERSON; STEVE YEAGER;
CHRIS BROOKS; OLIVIA DIAZ; JAMES
OHRENSCHALL; PAUL ANDERSON;
MAGGIE CARLTON; ELLIOT
ANDERSON; HEIDI SWANK; TYRONE
THOMPSON; RICHARD A. CARRILLO;
CHRIS EDWARDS; ELLEN SPIEGEL;
OZZIE FUMO; KEITH PICKARD;

No. 79076

FILED

AUG 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0) 1947

19-34538

MELISSA WOODBURY; AMBER JOINER; JILL TOLLES; LISA KRASNER; TERESA BENITEZ-THOMPSON; EDGAR FLORES; LESLEY ELIZABETH COHEN; MICHAEL SPRINKLE; RICHARD "SKIP" DALY; IRA HANSEN; JOHN ELLISON; SHANNON BILBRAY-AXELROD; JUSTIN WATKINS; JAMES OSCARSON; JIM MARCHANT; ROBIN L. TITUS; JIM WHEELER; AL KRAMER; SANDRA JAUREGUI; IRENE BUSTAMENTE ADAMS, AND PAST LEGISLATURES; THE JUDICIAL DEPARTMENT OF THE STATE OF NEVADA; THE SUPREME COURT OF THE STATE OF NEVADA; THE COURT OF APPEALS OF THE STATE OF NEVADA; JUDGE JUSTICES, RON PARRAGUIRRE; JAMES W. HARDESTY; MICHAEL L. DOUGLAS; MICHAEL A. CHERRY; MARK GIBBONS; KRISTINA PICKERING; LIDIA STIGLICH; MICHAEL GIBBONS; JEROME TAO; ABBI SILVER, AND PAST JUDGES AND JUSTICES OF THE SUPREME COURT OF THE STATE OF NEVADA,
Respondents.

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on June 28, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee

or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Harriet Cummings_

cc:    Hon. Timothy C. Williams, District Judge
Allen Stanislouis Heusner
Attorney General/Carson City
Clark County District Attorney/Civil Division
Eighth District Court Clerk